IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN JAMES,        Plaintiff,        v.        U.S. MARSHALS,        Defendant. | CASE NO. CV419-287 |

### O R D E R

Before the Court is the Magistrate Judge's February 23, 2021, Report and Recommendation, to which Plaintiff has not filed objections. (Doc. 9.) After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case. Accordingly, Plaintiff's Complaint (Doc. 1) is **DISMISSED**. Plaintiff's pending motions (Docs. 5, 7, 8) are **DISMISSSED AS MOOT**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

SO ORDERED this 23rd day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA